■ In the Matter of WALLACE S. NOLEN, Appellant, v MARGARET M. NOLEN, Respondent. [635 NYS2d 481] —In a proceeding pursuant to Family Court Act article 8, the petitioner appeals from an order of the Family Court, Dutchess County (Sweeny, J.), dated December 23, 1993, which, after a hearing, denied the petition and dismissed the proceeding.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738). Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.

■ In the Matter of 114 FENIMORE ASSOCIATES, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. [635 NYS2d 487] —Appeal by the petitioner from a judgment of the Supreme Court, Kings County (Kramer, J.), dated June 4, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Kramer at the Supreme Court. O'Brien, J. P., Pizzuto, Santucci and Krausman, JJ., concur.